IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CANDACE STOUT,<br><br>               Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS,<br>CORPORATION, NOVARTIS PHARMA<br>GMBH, and NOVARTIS AG,<br><br>           Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil Nos. 08-856, 07-2774,<br>09-0095, 09-916, 07-1657, and<br>07-655 (JBS/AMD)<br><br><br>**ORDER FOR REMAND** |

VICTORIA ANDERSON,

             Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS,
CORPORATION, NOVARTIS PHARMA
GMBH, and NOVARTIS AG,

           Defendants.

DAWN BERKEY,

             Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS,
CORPORATION, NOVARTIS PHARMA
GMBH, and NOVARTIS AG,
ASTELLAS PHARMA US, INC.,

           Defendants.

DON HOWSON & CHERYL HOWSON,                    :

     Plaintiffs,                    :

   v.                    :

NOVARTIS PHARMACEUTICALS,                    :
CORPORATION, NOVARTIS PHARMA
GMBH, and NOVARTIS AG,                    :

     Defendants.                    :

KELLY LINKENMEYER,                    :

     Plaintiff,                    :

   v.                    :

NOVARTIS PHARMACEUTICALS,                    :
CORPORATION, NOVARTIS PHARMA
GMBH, and NOVARTIS AG,                    :

     Defendants.                    :

ASHLEY MCDONALD,                    :

     Plaintiff,                    :

   v.                    :

NOVARTIS PHARMACEUTICALS,                    :
CORPORATION, NOVARTIS
CORPORATION, NOVARTIS PHARMA                    :
GMBH, and NOVARTIS AG,                    :

     Defendants.                    :

These matters having come before the Court on Plaintiffs' motions to remand following Defendants' removal of the cases from New Jersey state court;[1] the Court having considered the submissions of the parties in support thereof and in opposition thereto; for the reasons discussed in the Opinion of today's date;

IT IS this __30th__ day of **November, 2009** hereby

ORDERED that Plaintiffs' motions to remand shall be, and hereby are, **GRANTED**, and the cases are **REMANDED** to the Superior Court of New Jersey, Law Division, Atlantic County at the following dockets: <u>Stout v. Novartis, et al.</u>, ATL-L-209-08; <u>Anderson v. Novartis, et al.</u>, ATL-L-1905-07; <u>Berkey v. Novartis, et al.</u>, ATL-L-4273-08; <u>Howson v. Novartis, et al.</u>, ATL-L-320-09; <u>Linkenmeyer v. Novartis, et al.</u>, ATL-L-1078-07; <u>McDonald v. Novartis, et al.</u>, ATL-L-342-07.

**/s Jerome B. Simandle**
Jerome B. Simandle
United States District Judge

---

[1]   Docket Item 23 in Civil No. 08-856; Docket Item 33 in Civil No. 07-2774; Docket Item 18 in Civil No. 09-0095; Docket Item 5 in Civil No. 09-916; Docket Item 40 in Civil No. 07-1657; and Docket Item 48 in Civil No. 07-655.